# EXHIBIT B

Lions Tigers & Bears use of
SAN DIEGO ANIMAL SANCTUARY®

977270.1



# ABOUT US

HOME > ABOUT US

Lions Tigers & Bears is situated on 142 acres just outside of Alpine, California, on the edge of the Cleveland National Forest. Located at an elevation of about 4,000 feet, this idyllic countryside provides peace and tranquility for our rescued animals to live out their lives with dignity in a safe and caring environment. Currently, we have developed species-specific habitats for our big cats and bears, with plans to expand further as additional rescues come in.

Lions Tigers & Bears is home to more than 60 rescued animals and 19 species, including lions, tigers, American and Himalayan black bears, grizzly bears, bobcats, mountain lions, leopards, an African serval, llamas, horses, goats, sheep, chickens, a miniature horse, miniature donkey, peacocks, a macaw & more. Lions Tigers & Bears is a model sanctuary, offering the highest standards of care for rescued exotic animals. Our sanctuary features an administrative and volunteer office, a feed room, a barn, pasture, and a state of the art medical facility. Expansive Habitats, a venue area, airbnb, & gift shop. With room to grow, we hope to provide more lifetime homes to abused and abandoned exotic animals in need of a better tomorrow.

## HOW DID LIONS TIGERS & BEARS GET STARTED – AND WHY?

**IN THE BEGINNING**

Bobbi Brink started Lions Tigers & Bears in 2002, after witnessing first-hand the neglectful and abusive treatment of exotic animals held in captivity outside of zoos. When her research led her to discover that there are more tigers living in backyards, basements and roadside zoos than in the wild, and that you could buy a big cat for less than a purebred domestic cat from indiscriminate breeders, with no tracking or oversight, she knew she had found her calling.

The first two residents of Lions Tigers & Bears were Raja and Natasha, two full-grown tigers who were being kept in a 6'x12' concrete and chain link enclosure, where they had survived for 5 long years in a Texas backyard. Authorities were ready to confiscate the two cats; however Bobbi heard their story and knew she needed to do something to help them - and quick. In less than 30 days, she was able



to secure the permitting, funding, transportation and appropriate housing to rescue the cats from deplorable conditions and bring them to their new home in California.

An enclosure was built on a friend's 93-acre property, adjacent to the Cleveland National Forest in Alpine, California - just 45 minutes from downtown San Diego. With no direct water source, water and food were brought in daily for the two tigers. The owner of the property saw Bobbi's dedication and commitment to the cats, and offered Bobbi and her husband Mark the opportunity to purchase the 93-acre parcel. Shortly after, it became apparent that Natasha was in the motherly way, and after a few weeks of arriving at the sanctuary, Sitarra and Tabu were born, and Lions Tigers & Bears had its first family. Raja, Natasha, Sitarra and Tabu are the legacy and



own a big cat as a pet. Zoos do not generally take in rescue animals whose background and lineage cannot be verified, because such animals have "no conservation value" and do not align with their species-survival plan (breeding program).

All of which means that our work is never done. It is a constant challenge and sometimes a struggle to raise the funding required to continue the work we began.

Through the hard work of a network of caring volunteers and staff Lions Tigers & Bears has rescued and transported over 1,000 animals here at LTB as well as other reputable sanctuaries.

Lions Tigers & Bears goes beyond helping animals rescued by our sanctuary. We are one of few sanctuaries in the United States that has the equipment and capacity to coordinate the rescue of exotics in need of permanent refuge. Since 2002, our team has

- Rescue and provide a lifetime home to a responsible number of exotic animals that have been abused, confiscated, or are in danger of being destroyed for lack of a suitable home.
- Ensure an enriching habitat, nutritious diet and quality veterinary care utilizing the highest safety standards.

   



### Contact now

**For Bookings and General Information:**
inquiries@lionstigersandbears.org

**For Job Information and Events:**
admin@lionstigersandbears.org

**Location**
24402 Martin Way, Alpine, California 91901

**Contact**
619.659.8078

**Fax**
619.659.8841

### Newsletter Signup

Subscribe for exclusive deals, the latest news, and to hear amazing stories of our rescued animals!

Your Email Address   [Subscribe]

     

© Lions Tigers & Bears. All Rights Reserved.    501(c)(3) Federal Tax ID #33-0938499    Contact   eCalendar   Privacy   Policy   Site Map

Google Chrome                                             4:14:46 PM 10/10/2024
129.0.6668.100                                            Windows 10 Enterprise LTSC 2021 64-bit Build 19044

