# EXHIBIT C

Use of SAN DIEGO ANIMAL SANCTUARY
by Defendant

977270.1



The farm is open everyday from 10am to 5pm. Admission can be purchased online or at the farm upon arrival. No reservation required. Just looking for farm fresh produce? Our biologically grown produce awaits you and your loved ones at our farm stand at the entrance.

   



## The San Diego Animal Sanctuary and Farm™

- 🐾 This magical and serene farm, with its 20 acres of terrain, is a safe haven for over 210+ domesticated livestock and exotic animals from around the world.

- 🐾 The farm is specifically designed to help children and adults alike develop a sense of wonder for nature and its inhabitants through unstructured exploration and learning.

Fun and educational "interactive encounters" are available for everyone to learn and foster an appreciation for animals, nature, sustainable farming, and the ecosystem.



## 2,500 ft Above the Sea

Being in the foothills of the Cuyamaca mountains has its advantages. Each season brings different experiences. The spring is magnificent. The orchard is flowering, the garden is flourishing, the peacocks are courting, and the birds are preparing their nests.  In the summer, there is always a breeze coming to us from the ocean. The mighty oak groves provide shade and inviting natural space for self-reflection. The fall is celebrated with our pumpkin patch and cooler temperatures. Winter gives you the excuse to bundle up in your favorite cozy jacket.

[Learn More About Us]

## 210+ Animals

The Farm is home to 29 different species and 70 different breeds, mostly herbivores ranging from guinea pigs to the 1,500lb. bison. Many of our animals have been acquired from owners who could no longer keep or care for them. These animals will now live out the rest of their lives in the serenity of the farm.

[Meet Our Animals]

## 20,000+ Happy Guests

Visitors of all ages can take a step back from the hustle and bustle of our busy lives and reconnect with nature by basking in the serene beauty the farm and its inhabitants have to offer. Our educational programs provide experiential learning opportunities for students of all ages and foster much needed love and excitement for what nature has to offer.

[Visit]





### Contact us

Address:
5178 Japatul Spur,
Alpine, CA 91901

Email:
info@childrensnatureretreat.org

Phone: (619) 320-4942

### Support the Farm

Become Member For The Year

Donate

Gift Certificate

Sponsor an Animal

Volunteer

### Subscribe to our newsletter

Insert your email ...*

[Subscribe]

Hours of Operation: 10 am – 5 pm
We are open to the public 7 days a week. Closed Thanksgiving Day and Christmas Day.

Become Member For The Day   Field Trips   Children's Camps   The Foundation   Our Story

Google Rating
4.9
Based on 313 reviews

© Copyright - 2024 | The Children's Nature Retreat Foundation | All Rights Reserved

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98515562**
**Filing Date: 04/23/2024**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 98515562 |
| MARK INFORMATION | |
| *MARK | [San Diego Animal Sanctuary And Farm](#) |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | San Diego Animal Sanctuary And Farm |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Children's Nature Retreat Foundation |
| DBA/AKA/TA/Formerly | DBA San Diego Animal Sanctuary And Farm |
| INTERNAL ADDRESS | 5178 Japatul Spur |
| *MAILING ADDRESS | 5178 Japatul Spur |
| *CITY | Alpine |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 91901 |
| PHONE | 8583376824 |
| *EMAIL ADDRESS | XXXX |
| WEBSITE ADDRESS | www.sanctuaryandfarm.org |
| LEGAL ENTITY INFORMATION | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | US Virgin Islands |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 031 |
| *IDENTIFICATION | Fresh fruits and vegetables, fresh herbs |
| FILING BASIS | SECTION 1(a) |

| | |
|---|---|
| **FIRST USE ANYWHERE DATE** | At least as early as 02/06/2023 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 02/06/2023 |
| **SPECIMEN FILE NAME(S)** | |
| **JPG FILE(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\985\155\98515562\xml1 \ APP0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\985\155\98515562\xml1\ APP0005.JPG |
| **ORIGINAL PDF FILE** | SPE0-122051467-2024042315 4831087613_._Biologically _Grown.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT18\IMAGEOUT 18\985\155\98515562\xml1\ APP0003.JPG |
| **SPECIMEN DESCRIPTION** | Road signs, website |
| **WEBPAGE URL** | sandiegoanimalsanctuaryandfarm.org |
| **WEBPAGE DATE OF ACCESS** | 04/23/2024 |
| **INTERNATIONAL CLASS** | 041 |
| ***IDENTIFICATION** | Conducting educational exhibitions in the field of **domesticated farm animals, reptiles, birds and exotics from around the world** at animal sanctuary facilities |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 01/07/2023 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 01/12/2023 |
| **SPECIMEN FILE NAME(S)** | |
| **JPG FILE(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\985\155\98515562\xml1 \ APP0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\985\155\98515562\xml1\ APP0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\985\155\98515562\xml1\ APP0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\985\155\98515562\xml1\ APP0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\985\155\98515562\xml1\ APP0012.JPG |
| **ORIGINAL PDF FILE** | SPE0-122051467-2024042315 4831087613_._CNR_Road_sign_48x36_2023_05_proof3.pdf |
| **CONVERTED PDF FILE(S) (2 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\985\155\98515562\xml1\ APP0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\985\155\98515562\xml1\ APP0011.JPG |
| **SPECIMEN DESCRIPTION** | The mark is used within a logo and website address and social media handles. |
| **WEBPAGE URL** | sandiegoanimalsanctuaryandfarm.org |
| **WEBPAGE DATE OF ACCESS** | 04/23/2024 |
| **WEBPAGE URL** | sanctuaryandfarm.org |

| | |
|---|---|
| **WEBPAGE DATE OF ACCESS** | 04/23/2024 |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Children's Nature Retreat Foundation |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | abarrelet@childrensnatureretreat.org |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | abarrelet@yahoo.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 2 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| ***TOTAL FEES DUE** | 700 |
| ***TOTAL FEES PAID** | 700 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Agnes Barrelet/ |
| **SIGNATORY'S NAME** | Agnes Barrelet |
| **SIGNATORY'S POSITION** | Founder, Executive Director |
| **SIGNATORY'S PHONE NUMBER** | 858-337-6824 |
| **DATE SIGNED** | 04/23/2024 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98515562**
**Filing Date: 04/23/2024**

## To the Commissioner for Trademarks:

**MARK:** San Diego Animal Sanctuary And Farm (Standard Characters, see mark)
The literal element of the mark consists of San Diego Animal Sanctuary And Farm. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Children's Nature Retreat Foundation, DBA San Diego Animal Sanctuary And Farm, a corporation of US Virgin Islands, having an address of

  5178 Japatul Spur
  5178 Japatul Spur
  Alpine, California 91901
  United States
  8583376824(phone)
  XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 031:  Fresh fruits and vegetables, fresh herbs

In International Class 031, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 02/06/2023, and first used in commerce at least as early as 02/06/2023, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Road signs, website.
**JPG file(s):**
Specimen File1
Specimen File2
**Original PDF file:**
SPE0-122051467-2024042315 4831087613_._Biologically _Grown.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
Webpage URL: sandiegoanimalsanctuaryandfarm.org
Webpage Date of Access: 04/23/2024

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 041:  Conducting educational exhibitions in the field of domesticated farm animals, reptiles, birds and exotics from around the world at animal sanctuary facilities

In International Class 041, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/07/2023, and first used in commerce at least as early as 01/12/2023, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) The mark is used within a logo and website address and social media handles..
**JPG file(s):**
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
**Original PDF file:**
SPE0-122051467-2024042315 4831087613_._CNR_Road_sig n_48x36_2023_05_proof3.pdf
**Converted PDF file(s)** (2 pages)

[Specimen File1](#)
[Specimen File2](#)
Webpage URL: sandiegoanimalsanctuaryandfarm.org
Webpage Date of Access: 04/23/2024
Webpage URL: sanctuaryandfarm.org
Webpage Date of Access: 04/23/2024


For informational purposes only, applicant's website address is: www.sanctuaryandfarm.org
The applicant's current Correspondence Information:
  Children's Nature Retreat Foundation
   PRIMARY EMAIL FOR CORRESPONDENCE: abarrelet@childrensnatureretreat.org
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): abarrelet@yahoo.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $700 has been submitted with the application, representing payment for 2 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Agnes Barrelet/   Date: 04/23/2024
Signatory's Name: Agnes Barrelet
Signatory's Position: Founder, Executive Director
Signatory's Phone Number: 858-337-6824
Signature method: Signed directly within the form
Payment Sale Number: 98515562
Payment Accounting Date: 04/23/2024

Serial Number: 98515562
Internet Transmission Date: Tue Apr 23 18:26:13 ET 2024
TEAS Stamp: USPTO/BAS-XX.XXX.XXX.X-20240423182615054
358-98515562-87042ad407bceace3c1dc633459
7fb7cdc6686fe84b5f7e2bff5fd5920327aae-CC
-26137342-20240423154831087613