# **EXHIBIT D**

Plaintiff's April 16, 2024 cease and desist letter to Defendant

977270.1

# HIGGS | FLETCHER | MACK

401 WEST A STREET
SUITE 2600
SAN DIEGO, CA 92101-7910
PHONE: (619) 236-1551
FAX: (619) 696-1410
HIGGSLAW.COM

**Michael J. Hoisington**
Attorney at Law
mhoisington@higgslaw.com
D  619.595.4247

April 16, 2024

**Via U.S. Mail and E-Mail to info@childrensnatureretreat.org**

San Diego Animal Sanctuary
5178 Japatul Spur
Alpine, CA 91901

**Re:    Infringement of Proprietary Rights in "The San Diego Animal Sanctuary."**

Hello:

We represent Lions, Tigers and Bears ("LTB"), owner of common law U.S. trademark rights in the phrase **The San Diego Animal Sanctuary** dating back many years, and of a US federal trademark registration of the phrase with the United States Patent and Trademark Office ("USPTO") for use with Zoos; Education services, namely, providing instructional classes, seminars, and workshops in the fields of animal conservation and care.  A copy of LTB's registration is attached at **Exhibit A**. (the "Sanctuary Mark")

LTB reports that San Diego Animal Sanctuary ("SDAS") has embarked on a pattern of copying its marketing efforts, including recently adopting the phrase "San Diego Animal Sanctuary."  While imitation has been called "the sincerest form of flattery," SDAS has gone too far adopting this phrase as its brand.  LTB owns all U.S. rights to its Sanctuary Trademark.  As SDAS well knows, LTB enjoys a stellar reputation not only in Southern California, but nationwide.

While SDAS is free to use the phrases "San Diego" and "animal sanctuary" in a descriptive sense to describe its services, it may not use the phrase "San Diego Animal Sanctuary" to brand SDAS services to the public.

SDAS's use of the Sanctuary Mark infringes LTB's exclusive trademark rights in the US.  A trademark owner's exclusive rights cover not only the owner's exact mark, but also any other mark that is confusingly similar to the owner's mark.  Here, SDAS has adopted the exact mark for identical services.

SDAS's unauthorized use violates U.S. trademark law and infringes LTB's rights in violation of Section 43(a) of the Lanham Act (15 U.S.C. §1125(a)).  SDAS's use is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association with LTB's services, or as to the origin, sponsorship, or approval of SDAS's services, or commercial activities

12235433.1

# HIGGS | FLETCHER | MACK

San Diego Animal Sanctuary
Page 2

by LTB, or misrepresent the nature, characteristics, qualities, or geographic origin of LTB's services, or commercial activities.

LTB requests that SDAS:

- cease all branding/trademark use of the Sanctuary Mark and any variants thereof, in connection with the promotion, marketing and advertising of Zoos; Education services, namely, providing instructional classes, seminars, and workshops in the fields of animal conservation and care; and,
- delete all uses of the Sanctuary Mark and all variations thereof from the Internet related to Zoos; Education services, namely, providing instructional classes, seminars, and workshops in the fields of animal conservation and care.

LTB is willing to grant reasonable time to make changes and rebrand SDAS services. For example, SDAS might rebrand as The Farm, or San Diego Children's Nature Retreat.

The above is not an exhaustive statement of all the relevant facts and law. LTB expressly reserves all its legal and equitable rights and remedies.

Please respond on or before April 30, 2024.  My email and direct phone number are provided above.

Sincerely,

HIGGS FLETCHER & MACK LLP

*[signature]*

MICHAEL J. HOISINGTON

12235433.1

# EXHIBIT A

LTB US federal trademark registration

977270.1

